**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

---

**ANOVORX HOLDINGS, INC.,**

**Plaintiff,**

**v.** **No. 2:22-cv-02557-JPM-atc**

**AGILETHOUGHT, INC.**

**Defendant.**

---

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

---

Plaintiff AnovoRx Holdings, Inc., by and through the undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

1. AnovoRx Holdings, Inc. does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

**DATED** this 3rd day of October, 2022.

Respectfully submitted,

By: /s/ Jonathan E. Nelson
John S. Golwen (#014324)
Jonathan E. Nelson (#028029)
**BASS, BERRY & SIMS PLC**
100 Peabody Place, Suite 1300
Memphis, Tennessee 38103
Telephone: (901) 543-5900
Facsimile: (615) 742-6293
Email: jgolwen@bassberry.com
jenelson@bassberry.com

*Counsel for Plaintiff AnovoRx Holdings, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 3rd day of October, 2022, a copy of the foregoing was filed electronically and served via the Court's ECF filing system on all counsel of record to:

L. Clay Culpepper III, Esq.
Jack F. Heflin, Esq.
Evans Petree, P.C.
1715 Aaron Brenner Dr., Suite 800
Memphis, Tennessee 38120
cculpepper@evanspetree.com
jackheflin@evanspetree.com

/s/ Jonathan E. Nelson

33894147.1