# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **ANOVORX HOLDINGS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-02557-atc |
| | ) | |
| **AGILETHOUGHT, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered, and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in compliance with the Order Lifting Stay and Dismissing Case entered in the above-styled case on February 16, 2024, this case is **DISMISSED WITH PREJUDICE**.

APPROVED:

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

February 16, 2024
Date